# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF KENTUCKY
# NORTHERN DIVISION
# ASHLAND

CIVIL ACTION NO. 14-_____ *ELECTRONICALLY FILED*

UNITED STATES OF AMERICA                                     PLAINTIFF

VS.      **VERIFIED COMPLAINT FOR FORFEITURE *IN REM***

REAL PROPERTIES LOCATED IN SCIOTO AND
LAWRENCE COUNTIES, OHIO, WITH ALL IMPROVEMENTS
AND APPURTENANCES THEREON, OWNED BY
PAUL R. VERNIER, SHERRY L. VERNIER, AND
BLESSED REALTY, LLC                                      DEFENDANTS

\* \* \* \* \*

Now comes the plaintiff, United States of America, by and through counsel, Wade T. Napier, Assistant United States Attorney for the Eastern District of Kentucky, and brings this complaint and alleges as follows in accordance with Supplemental Rule G(2) of the Federal Rules of Civil Procedure:

## NATURE OF THE ACTION

1. This is a civil action *in rem* brought to enforce the provisions of:

   a. 21 U.S.C. §§ 881(a)(6) and (7) for the forfeiture of property which represents proceeds and facilitation of Drug Trafficking (21 U.S.C. § 841(a)(1));

b. 18 U.S.C. § 981(a)(1)(A) and (C) for the forfeiture of property which represents proceeds of and was involved in Money Laundering (18 U.S.C. § 1956); and

c. 18 U.S.C. § 981(a)(1)(C) for the forfeiture of property which represents proceeds of Health Care Fraud (18 U.S.C. § 1347).

## **THE DEFENDANT *IN REM***

2.   The Defendant real properties located in Scioto County and Lawrence County, Ohio, are more particularly described as follows:

   a. Property known as:
      i. 4304 Old Scioto Trail, Portsmouth, Ohio, Parcel Number 05-0856.000;
      ii. 4312 Old Scioto Trail, Portsmouth, Ohio, Parcel Number 05-2335.000;
      iii. 0 Old Scioto Trail, Portsmouth, Ohio; Parcel Number 05-0857.000.

   Being all of the same property conveyed to Blessed Realty, LLC, a Domestic Limited Liability Company organized in the State of Ohio by Paul R. Vernier, by Warranty Deed dated January 23, 2014, of record in Scioto County, Ohio.

   b. Property known as commercial vacant land on Scioto Trail, Portsmouth, Ohio, Parcel Number 05-1003.002.

   Being all of the same property conveyed to Blessed Realty, LLC, a Domestic Limited Liability Company organized in the State of Ohio by Paul R. Vernier, by Warranty Deed dated February 26, 2014, of record in Scioto County, Ohio.

   c. Property known as 850 Brouses Run Road, Portsmouth, Ohio, Parcel Number 27-0962.003.

Being all of the same property conveyed to Paul R. Vernier III and Tiffany J. Vernier by Warranty Deed dated April 21, 2014, of record in Scioto County, Ohio.

   d. Property known as 268 Oakwood Ridge Drive, Portsmouth, Ohio, Parcel Number 15-1951.000.

   Being all of the same property conveyed to Paul R. Vernier and Sherry L. Vernier by Warranty Deed dated April 28, 2014, of record in Scioto County, Ohio.

   e. Property known as:
      i. 1616 Grant Street, Portsmouth, Ohio, Parcel Number 31-1142.000;
      ii. 1624 Grant Street, Portsmouth, Ohio, Parcel Number 31-0185.000;
      iii. 1620 Grant Street, Portsmouth, Ohio, Parcel Number 31-0950.000.

   Being all of the same property conveyed to Blessed Realty, LLC, a Domestic Limited Liability Company organized in the State of Ohio by Paul R. Vernier, by Warranty Deed dated June 3, 2014, of record in Scioto County, Ohio.

   f. Property known as 283 Oakwood Ridge Drive, Portsmouth, Ohio, Parcel Number 15-1941.000.

   Being all of the same property conveyed to Paul R. Vernier and Sherry L. Vernier by Warranty Deed dated August 27, 2014, of record in Scioto County, Ohio.

   g. Property known as 4282 St. Rt. 93, Township of Upper, Lawrence County Ohio, Parcel Number 27-006-0900.000.

Being all of the same property conveyed to Blessed Realty, LLC, a Domestic Limited Liability Company organized in the State of Ohio by Paul R. Vernier, by Warranty Deed dated August 22, 2014, of record in Lawrence County, Ohio.

## **JURISDICTION AND VENUE**

4. This Court has jurisdiction over this matter by virtue of 28 U.S.C. §§ 1345 and 1355.

5. The United States does not request authority from the Court to seize the real property at this time. The United States will, as provided by 18 U.S.C. § 985(b)(1) and (c)(1):

    a. post notice of this action and a copy of the Complaint on the defendant real property, and

    b. serve notice of this action on the defendant real property owners, and any other person or entity who may claim an interest in the defendant, along with a copy of this Complaint, and

    c. execute a writ of entry for purposes of conducting an inspection and inventory of the property, and

    d. file a lis pendens in county records of the defendant real properties giving notice of the property's status as a defendant in this in rem action.

6. Venue is proper in this district pursuant to 28 U.S.C. § 1395(a) and (b) because the acts giving rise to the forfeitures accrued in this district and because proceeds were found to be in this district or passed through this district.

## BASIS FOR FORFEITURE

7. The Defendant real properties are subject to forfeiture to the United States of America because they:

    a. represent proceeds of drug trafficking and/or were used to facilitate drug trafficking, and are, therefore, subject to forfeiture pursuant to 21 U.S.C. §§ 881(a)(6) and (a)(7); and/or

  b. represent proceeds of money laundering and/or were involved in money laundering offenses, and are, therefore, subject to forfeiture pursuant to 18 U.S.C. § 981(a)(1)(A) and (C); and/or

  c. represent proceeds of health care fraud, and are, therefore, subject to forfeiture pursuant to 18 U.S.C. § 981(a)(1)(C).

  8. The facts and circumstances supporting the forfeiture of the Defendant real properties are set forth in the affidavit of Special Agent Jared Sullivan which is attached hereto and incorporated herein by reference.

  WHEREFORE, the United States of America prays that due notice be given to all parties to appear and show cause why the forfeiture should not be decreed; that judgment be entered declaring the defendant properties be condemned and forfeited to the United States of America for disposition according to law; and that the United States of America be granted such other relief as this Court may deem just and proper, together with the costs and disbursements of this action.

           KERRY B. HARVEY
           UNITED STATES ATTORNEY


        By: /s Wade T. Napier
           Assistant United States Attorney
           207 Grandview Drive, Suite 400
           Ft. Mitchell  KY  41017
           (859) 655-3205
           Fax: (859) 655-3211
           e-mail:  wade.napier@usdoj.gov