IN THE COURT OF COMMON PLEAS
LAWRENCE COUNTY, OHIO

STATE OF OHIO,                                    CALENDAR YEAR 2019

        PLAINTIFF,

                                  CASE NO.  19-CR-_____

VS.

PAUL R. VERNIER
268 Oakwood Ridge Drive
West Portsmouth, Ohio 45663-8908
DOB:  04/06/1962

        DEFENDANT.

## INDICTMENT

The Grand Jurors of this County, in the name and by the authority of the State of Ohio, upon their oath do find and present that:

### COUNT ONE - PAUL R. VERNIER

### AGGRAVATED THEFT

From on or about March 24, 2014 to on or about October 2, 2014, in County of Lawrence, State of Ohio or venue being properly placed there pursuant to §2901.12(H), Paul R. Vernier did with purpose to deprive the owner, the Ohio Department of Medicaid, of property or services, to wit: monies, knowingly obtain or exert control over either the property or services by deception, and the property or services stolen is valued at one million five hundred thousand dollars or more, in violation of Ohio Revised Code §2913.02(A)(3), 2913.02(B)(2), Aggravated Theft of One Million Five Hundred Thousand Dollars or More, a Felony of the First Degree. This offense incorporates by reference specifications of forfeiture A-K.

GOVERNMENT
EXHIBIT
1

## COUNT TWO - PAUL R. VERNIER

### MEDICAID FRAUD

From on or about April 1, 2014 to on or about October 2, 2014, in County of Lawrence, State of Ohio or venue being properly placed there pursuant to §2901.12(H), Paul R. Vernier did knowingly make or cause to be made a false or misleading statement or representation, to wit: failing to abide by group counseling requirements, for use in obtaining reimbursement from the medicaid program and the value of the property, services, or funds obtained in violation of this section was one hundred fifty thousand dollars or more, in violation of Ohio Revised Code §2913.40(B), 2913.40(E), Medicaid Fraud, a Felony of the Third Degree. This offense incorporates by reference specifications of forfeiture A-K.

## COUNT THREE - PAUL R. VERNIER

### MEDICAID FRAUD

From on or about March 24, 2014 to on or about October 2, 2014, in County of Lawrence, State of Ohio or venue being properly placed there pursuant to §2901.12(H), Paul R. Vernier did knowingly make or cause to be made a false or misleading statement or representation, to wit: by fraudulent billing of Code J8499, for use in obtaining reimbursement from the medicaid program and the value of the property, services, or funds obtained in violation of this section was one hundred fifty thousand dollars or more, in violation of Ohio Revised Code §2913.40(B), 2913.40(E), Medicaid Fraud, a Felony of the Third Degree. This offense incorporates by reference specifications of forfeiture A-K.

## COUNT FOUR – PAUL R. VERNIER

### MEDICAID FRAUD

From on or about April 1, 2014 to on or about October 2, 2014, in County of Lawrence, State of Ohio or venue being properly placed there pursuant to §2901.12(H), Paul R. Vernier did knowingly make or cause to be made a false or misleading statement or representation, to wit: by billing for services not rendered, for use in obtaining reimbursement from the medicaid program and the value of the property, services, or funds obtained in violation of this section was one hundred fifty thousand dollars or more, in violation of Ohio Revised Code §2913.40(B), 2913.40(E), Medicaid Fraud, a Felony of the Third Degree. This offense incorporates by reference specifications of forfeiture A-K.

## COUNT FIVE - PAUL R. VERNIER

### TRAFFICKING IN DRUGS

From on or about March 24, 2014 to on or about September 3, 2014, in County of Lawrence, State of Ohio or venue being properly placed there pursuant to §2901.12(H), Paul R. Vernier did knowingly prepare for shipment, ship, transport, deliver, prepare for distribution, or distribute a controlled substance or a controlled substance analog, when the offender knows or has reasonable cause to believe that the controlled substance or a controlled substance analog is intended for sale or resale by the offender or another person and the drug involved in the violation is any compound, mixture, preparation, or substance included in Schedule III, IV, or V, to wit: Suboxone, a Schedule III drug and the amount of the drug involved equals or exceeds fifty times the bulk amount, in violation of Ohio Revised Code §2925.03(A)(2), 2925.03(C)(2)(e), Trafficking in Drugs, a Felony of the Second Degree. This offense incorporates by reference specifications of forfeiture A-K.

## COUNT SIX - PAUL R. VERNIER

### TRAFFICKING IN DRUGS

On or about September 4, 2014, in County of Lawrence, State of Ohio or venue being properly placed there pursuant to §2901.12(H), Paul R. Vernier did knowingly prepare for shipment, ship, transport, deliver, prepare for distribution, or distribute a controlled substance or a controlled substance analog, when the offender knows or has reasonable cause to believe that the controlled substance or a controlled substance analog is intended for sale or resale by the offender or another person and the drug involved in the violation is any compound, mixture, preparation, or substance included in Schedule III, IV, or V, to wit: Suboxone, a Schedule III drug and the amount of the drug involved equals or exceeds five times the bulk amount but is less than fifty times the bulk amount, in violation of Ohio Revised Code §2925.03(A)(2), 2925.03(C)(2)(d), Trafficking in Drugs, a Felony of the Third Degree. This offense incorporates by reference specifications of forfeiture A-G, J-K.

## COUNT SEVEN - PAUL R. VERNIER

### TRAFFICKING IN DRUGS

On or about September 5, 2014, in County of Lawrence, State of Ohio or venue being properly placed there pursuant to §2901.12(H), Paul R. Vernier did knowingly prepare for shipment, ship, transport, deliver, prepare for distribution, or distribute a controlled substance or a controlled substance analog, when the offender knows or has reasonable cause to believe that the controlled substance or a controlled substance analog is intended for sale or resale by the offender or another person and the drug involved in the violation is any compound, mixture, preparation, or substance included in Schedule III, IV, or V, to wit: Suboxone, a Schedule III drug and the amount of the drug involved equals or exceeds five times the bulk amount but is less than fifty times the bulk amount, in violation of Ohio Revised Code §2925.03(A)(2), 2925.03(C)(2)(d), Trafficking in Drugs, a Felony of the Third Degree. This offense incorporates by reference specifications of forfeiture A-G, J-K.

## COUNT EIGHT – PAUL R. VERNIER

### TRAFFICKING IN DRUGS

On or about September 10, 2014, in County of Lawrence, State of Ohio or venue being properly placed there pursuant to §2901.12(H), Paul R. Vernier did knowingly prepare for shipment, ship, transport, deliver, prepare for distribution, or distribute a controlled substance or a controlled substance analog, when the offender knows or has reasonable cause to believe that the controlled substance or a controlled substance analog is intended for sale or resale by the offender or another person and the drug involved in the violation is any compound, mixture, preparation, or substance included in Schedule III, IV, or V, to wit: Suboxone, a Schedule III drug and the amount of the drug involved equals or exceeds five times the bulk amount but is less than fifty times the bulk amount, in violation of Ohio Revised Code §2925.03(A)(2), 2925.03(C)(2)(d), Trafficking in Drugs, a Felony of the Third Degree. This offense incorporates by reference specifications of forfeiture A-G, J-K.

## COUNT NINE – PAUL R. VERNIER

### TRAFFICKING IN DRUGS

On or about September 11, 2014, in County of Lawrence, State of Ohio or venue being properly placed there pursuant to §2901.12(H), Paul R. Vernier did knowingly prepare for shipment, ship, transport, deliver, prepare for distribution, or distribute a controlled substance or a controlled substance analog, when the offender knows or has reasonable cause to believe that the controlled substance or a controlled substance analog is intended for sale or resale by the offender or another person and the drug involved in the violation is any compound, mixture, preparation, or substance included in Schedule III, IV, or V, to wit: Suboxone, a Schedule III drug and the amount of the drug involved equals or exceeds five times the bulk amount but is less than fifty times the bulk amount, in violation of Ohio Revised Code §2925.03(A)(2), 2925.03(C)(2)(d), Trafficking in Drugs, a Felony of the Third Degree. This offense incorporates by reference specifications of forfeiture A-G, J-K.

## COUNT TEN - PAUL R. VERNIER

### TRAFFICKING IN DRUGS

On or about September 12, 2014, in County of Lawrence, State of Ohio or venue being properly placed there pursuant to §2901.12(H), Paul R. Vernier did knowingly prepare for shipment, ship, transport, deliver, prepare for distribution, or distribute a controlled substance or a controlled substance analog, when the offender knows or has reasonable cause to believe that the controlled substance or a controlled substance analog is intended for sale or resale by the offender or another person and the drug involved in the violation is any compound, mixture, preparation, or substance included in Schedule III, IV, or V, to wit: Suboxone, a Schedule III drug and the amount of the drug involved equals or exceeds five times the bulk amount but is less than fifty times the bulk amount, in violation of Ohio Revised Code §2925.03(A)(2), 2925.03(C)(2)(d), Trafficking in Drugs, a Felony of the Third Degree. This offense incorporates by reference specifications of forfeiture A-G, J-K.

## COUNT ELEVEN – PAUL R. VERNIER

### TRAFFICKING IN DRUGS

On or about September 15, 2014, in County of Lawrence, State of Ohio or venue being properly placed there pursuant to §2901.12(H), Paul R. Vernier did knowingly prepare for shipment, ship, transport, deliver, prepare for distribution, or distribute a controlled substance or a controlled substance analog, when the offender knows or has reasonable cause to believe that the controlled substance or a controlled substance analog is intended for sale or resale by the offender or another person and the drug involved in the violation is any compound, mixture, preparation, or substance included in Schedule III, IV, or V, to wit: Suboxone, a Schedule III drug and the amount of the drug involved equals or exceeds five times the bulk amount but is less than fifty times the bulk amount, in violation of Ohio Revised Code §2925.03(A)(2), 2925.03(C)(2)(d), Trafficking in Drugs, a Felony of the Third Degree. This offense incorporates by reference specifications of forfeiture A-G, J-K.

## COUNT TWELVE - PAUL R. VERNIER

### TRAFFICKING IN DRUGS

<u>On or about September 16, 2014</u>, in County of Lawrence, State of Ohio or venue being properly placed there pursuant to §2901.12(H), <u>Paul R. Vernier</u> did knowingly prepare for shipment, ship, transport, deliver, prepare for distribution, or distribute a controlled substance or a controlled substance analog, when the offender knows or has reasonable cause to believe that the controlled substance or a controlled substance analog is intended for sale or resale by the offender or another person and the drug involved in the violation is any compound, mixture, preparation, or substance included in Schedule III, IV, or V, to wit: Suboxone, a Schedule III drug and the amount of the drug involved equals or exceeds five times the bulk amount but is less than fifty times the bulk amount, in violation of Ohio Revised Code §2925.03(A)(2), 2925.03(C)(2)(d), Trafficking in Drugs, a Felony of the Third Degree. This offense incorporates by reference specifications of forfeiture A-G, J-K.

## COUNT THIRTEEN - PAUL R. VERNIER

### TRAFFICKING IN DRUGS

<u>On or about September 17, 2014</u>, in County of Lawrence, State of Ohio or venue being properly placed there pursuant to §2901.12(H), <u>Paul R. Vernier</u> did knowingly prepare for shipment, ship, transport, deliver, prepare for distribution, or distribute a controlled substance or a controlled substance analog, when the offender knows or has reasonable cause to believe that the controlled substance or a controlled substance analog is intended for sale or resale by the offender or another person and the drug involved in the violation is any compound, mixture, preparation, or substance included in Schedule III, IV, or V, to wit: Suboxone, a Schedule III drug and the amount of the drug involved equals or exceeds five times the bulk amount but is less than fifty times the bulk amount, in violation of Ohio Revised Code §2925.03(A)(2), 2925.03(C)(2)(d), Trafficking in Drugs, a Felony of the Third Degree. This offense incorporates by reference specifications of forfeiture A-G, J-K.

## COUNT FOURTEEN - PAUL R. VERNIER

### TRAFFICKING IN DRUGS

On or about September 18, 2014, in County of Lawrence, State of Ohio or venue being properly placed there pursuant to §2901.12(H), Paul R. Vernier did knowingly prepare for shipment, ship, transport, deliver, prepare for distribution, or distribute a controlled substance or a controlled substance analog, when the offender knows or has reasonable cause to believe that the controlled substance or a controlled substance analog is intended for sale or resale by the offender or another person and the drug involved in the violation is any compound, mixture, preparation, or substance included in Schedule III, IV, or V, to wit: Suboxone, a Schedule III drug and the amount of the drug involved equals or exceeds five times the bulk amount but is less than fifty times the bulk amount, in violation of Ohio Revised Code §2925.03(A)(2), 2925.03(C)(2)(d), Trafficking in Drugs, a Felony of the Third Degree. This offense incorporates by reference specifications of forfeiture A-G, J-K.

## COUNT FIFTEEN - PAUL R. VERNIER

### TRAFFICKING IN DRUGS

On or about September 19, 2014, in County of Lawrence, State of Ohio or venue being properly placed there pursuant to §2901.12(H), Paul R. Vernier did knowingly prepare for shipment, ship, transport, deliver, prepare for distribution, or distribute a controlled substance or a controlled substance analog, when the offender knows or has reasonable cause to believe that the controlled substance or a controlled substance analog is intended for sale or resale by the offender or another person and the drug involved in the violation is any compound, mixture, preparation, or substance included in Schedule III, IV, or V, to wit: Suboxone, a Schedule III drug and the amount of the drug involved equals or exceeds five times the bulk amount but is less than fifty times the bulk amount, in violation of Ohio Revised Code §2925.03(A)(2), 2925.03(C)(2)(d), Trafficking in Drugs, a Felony of the Third Degree. This offense incorporates by reference specifications of forfeiture A-G, J-K.

## COUNT SIXTEEN – PAUL R. VERNIER

### TRAFFICKING IN DRUGS

On or about September 22, 2014, in County of Lawrence, State of Ohio or venue being properly placed there pursuant to §2901.12(H), Paul R. Vernier did knowingly prepare for shipment, ship, transport, deliver, prepare for distribution, or distribute a controlled substance or a controlled substance analog, when the offender knows or has reasonable cause to believe that the controlled substance or a controlled substance analog is intended for sale or resale by the offender or another person and the drug involved in the violation is any compound, mixture, preparation, or substance included in Schedule III, IV, or V, to wit: Suboxone, a Schedule III drug and the amount of the drug involved equals or exceeds five times the bulk amount but is less than fifty times the bulk amount, in violation of Ohio Revised Code §2925.03(A)(2), 2925.03(C)(2)(d), Trafficking in Drugs, a Felony of the Third Degree. This offense incorporates by reference specifications of forfeiture A-H, K-L.

## COUNT SEVENTEEN – PAUL R. VERNIER

### TRAFFICKING IN DRUGS

On or about September 23, 2014, in County of Lawrence, State of Ohio or venue being properly placed there pursuant to §2901.12(H), Paul R. Vernier did knowingly prepare for shipment, ship, transport, deliver, prepare for distribution, or distribute a controlled substance or a controlled substance analog, when the offender knows or has reasonable cause to believe that the controlled substance or a controlled substance analog is intended for sale or resale by the offender or another person and the drug involved in the violation is any compound, mixture, preparation, or substance included in Schedule III, IV, or V, to wit: Suboxone, a Schedule III drug and the amount of the drug involved equals or exceeds five times the bulk amount but is less than fifty times the bulk amount, in violation of Ohio Revised Code §2925.03(A)(2), 2925.03(C)(2)(d), Trafficking in Drugs, a Felony of the Third Degree. This offense incorporates by reference specifications of forfeiture A-G, J-K.

## COUNT EIGHTEEN - PAUL R. VERNIER

### TRAFFICKING IN DRUGS

On or about September 24, 2014, in County of Lawrence, State of Ohio or venue being properly placed there pursuant to §2901.12(H), Paul R. Vernier did knowingly prepare for shipment, ship, transport, deliver, prepare for distribution, or distribute a controlled substance or a controlled substance analog, when the offender knows or has reasonable cause to believe that the controlled substance or a controlled substance analog is intended for sale or resale by the offender or another person and the drug involved in the violation is any compound, mixture, preparation, or substance included in Schedule III, IV, or V, to wit: Suboxone, a Schedule III drug and the amount of the drug involved equals or exceeds five times the bulk amount but is less than fifty times the bulk amount, in violation of Ohio Revised Code §2925.03(A)(2), 2925.03(C)(2)(d), Trafficking in Drugs, a Felony of the Third Degree. This offense incorporates by reference specifications of forfeiture A-G, J-K.

## COUNT NINETEEN – PAUL R. VERNIER

### TRAFFICKING IN DRUGS

On or about September 6, 2014, in County of Lawrence, State of Ohio or venue being properly placed there pursuant to §2901.12(H), Paul R. Vernier did knowingly prepare for shipment, ship, transport, deliver, prepare for distribution, or distribute a controlled substance or a controlled substance analog, when the offender knows or has reasonable cause to believe that the controlled substance or a controlled substance analog is intended for sale or resale by the offender or another person and the drug involved in the violation is any compound, mixture, preparation, or substance included in Schedule III, IV, or V, to wit: Suboxone, a Schedule III drug and the amount of the drug involved equals or exceeds the bulk amount but is less than five times the bulk amount, in violation of Ohio Revised Code §2925.03(A)(2), 2925.03(C)(2)(c), Trafficking in Drugs, a Felony of the Fourth Degree. This offense incorporates by reference specifications of forfeiture A-G, J-K.

## COUNT TWENTY – PAUL R. VERNIER

### TRAFFICKING IN DRUGS

On or about September 13, 2014, in County of Lawrence, State of Ohio or venue being properly placed there pursuant to §2901.12(H), Paul R. Vernier did knowingly prepare for shipment, ship, transport, deliver, prepare for distribution, or distribute a controlled substance or a controlled substance analog, when the offender knows or has reasonable cause to believe that the controlled substance or a controlled substance analog is intended for sale or resale by the offender or another person and the drug involved in the violation is any compound, mixture, preparation, or substance included in Schedule III, IV, or V, to wit: Suboxone, a Schedule III drug and the amount of the drug involved equals or exceeds the bulk amount but is less than five times the bulk amount, in violation of Ohio Revised Code §2925.03(A)(2), 2925.03(C)(2)(c), Trafficking in Drugs, a Felony of the Fourth Degree. This offense incorporates by reference specifications of forfeiture A-G, J-K.

## COUNT TWENTY-ONE – PAUL R. VERNIER

### TRAFFICKING IN DRUGS

On or about September 20, 2014, in County of Lawrence, State of Ohio or venue being properly placed there pursuant to §2901.12(H), Paul R. Vernier did knowingly prepare for shipment, ship, transport, deliver, prepare for distribution, or distribute a controlled substance or a controlled substance analog, when the offender knows or has reasonable cause to believe that the controlled substance or a controlled substance analog is intended for sale or resale by the offender or another person and the drug involved in the violation is any compound, mixture, preparation, or substance included in Schedule III, IV, or V, to wit: Suboxone, a Schedule III drug and the amount of the drug involved equals or exceeds the bulk amount but is less than five times the bulk amount, in violation of Ohio Revised Code §2925.03(A)(2), 2925.03(C)(2)(c), Trafficking in Drugs, a Felony of the Fourth Degree. This offense incorporates by reference specifications of forfeiture A-G, J-K.

## COUNT TWENTY-TWO - PAUL R. VERNIER

### MONEY LAUNDERING

On or about March 28, 2014, in County of Lawrence, State of Ohio or venue being properly placed there pursuant to §2901.12(H), Paul R. Vernier did conduct or attempt to conduct a transaction knowing that the property involved in the transaction was the proceeds of some form of unlawful activity with the purpose of committing or furthering the commission of corrupt activity, in violation of Ohio Revised Code §1315.55(A)(1), 1315.99(C), Money Laundering, a Felony of the Third Degree. This offense incorporates by reference specifications of forfeiture A-K.

## COUNT TWENTY-THREE - PAUL R. VERNIER

### MONEY LAUNDERING

On or about April 1, 2014, in County of Lawrence, State of Ohio or venue being properly placed there pursuant to §2901.12(H), Paul R. Vernier did conduct or attempt to conduct a transaction knowing that the property involved in the transaction was the proceeds of some form of unlawful activity with the purpose of committing or furthering the commission of corrupt activity, in violation of Ohio Revised Code §1315.55(A)(1), 1315.99(C), Money Laundering, a Felony of the Third Degree. This offense incorporates by reference specifications of forfeiture A-K.

## COUNT TWENTY-FOUR - PAUL R. VERNIER

### MONEY LAUNDERING

On or about April 4, 2014, in County of Lawrence, State of Ohio or venue being properly placed there pursuant to §2901.12(H), Paul R. Vernier did conduct or attempt to conduct a transaction knowing that the property involved in the transaction was the proceeds of some form of unlawful activity with the purpose of committing or furthering the commission of corrupt activity, in violation of Ohio Revised Code §1315.55(A)(1), 1315.99(C), Money Laundering, a Felony of the Third Degree. This offense incorporates by reference specifications of forfeiture A-K.

## COUNT TWENTY-FIVE - PAUL R. VERNIER

### MONEY LAUNDERING

On or about April 21, 2014, in County of Lawrence, State of Ohio or venue being properly placed there pursuant to §2901.12(H), Paul R. Vernier did conduct or attempt to conduct a transaction knowing that the property involved in the transaction was the proceeds of some form of unlawful activity with the purpose of committing or furthering the commission of corrupt activity, in violation of Ohio Revised Code §1315.55(A)(1), 1315.99(C), Money Laundering, a Felony of the Third Degree. This offense incorporates by reference specifications of forfeiture A-K.

## COUNT TWENTY-SIX - PAUL R. VERNIER

### MONEY LAUNDERING

On or about May 6, 2014, in County of Lawrence, State of Ohio or venue being properly placed there pursuant to §2901.12(H), Paul Vernier did conduct or attempt to conduct a transaction knowing that the property involved in the transaction was the proceeds of some form of unlawful activity with the purpose of committing or furthering the commission of corrupt activity, in violation of Ohio Revised Code §1315.55(A)(1), 1315.99(C), Money Laundering, a Felony of the Third Degree. This offense incorporates by reference specifications of forfeiture A-H, J-K.

## COUNT TWENTY-SEVEN - PAUL R. VERNIER

### MONEY LAUNDERING

On or about May 7, 2014, in County of Lawrence, State of Ohio or venue being properly placed there pursuant to §2901.12(H), Paul R. Vernier did conduct or attempt to conduct a transaction knowing that the property involved in the transaction was the proceeds of some form of unlawful activity with the purpose of committing or furthering the commission of corrupt activity, in violation of Ohio Revised Code §1315.55(A)(1), 1315.99(C), Money Laundering, a Felony of the Third Degree. This offense incorporates by reference specifications of forfeiture A-H, J-K.

## COUNT TWENTY-EIGHT- PAUL R. VERNIER

### MONEY LAUNDERING

On or about May 12, 2014, in County of Lawrence, State of Ohio or venue being properly placed there pursuant to §2901.12(H), Paul Vernier did conduct or attempt to conduct a transaction knowing that the property involved in the transaction was the proceeds of some form of unlawful activity with the purpose of committing or furthering the commission of corrupt activity, in violation of Ohio Revised Code §1315.55(A)(1), 1315.99(C), Money Laundering, a Felony of the Third Degree. This offense incorporates by reference specifications of forfeiture A-H, J-K.

## COUNT TWENTY-NINE - PAUL R. VERNIER

### MONEY LAUNDERING

On or about May 29, 2014, in County of Lawrence, State of Ohio or venue being properly placed there pursuant to §2901.12(H), Paul R. Vernier did conduct or attempt to conduct a transaction knowing that the property involved in the transaction was the proceeds of some form of unlawful activity with the purpose of committing or furthering the commission of corrupt activity, in violation of Ohio Revised Code §1315.55(A)(1), 1315.99(C), Money Laundering, a

Felony of the Third Degree. This offense incorporates by reference specifications of forfeiture A-H, J-K.

## COUNT THIRTY - PAUL R. VERNIER

## MONEY LAUNDERING

On or about June 19, 2014, in County of Lawrence, State of Ohio or venue being properly placed there pursuant to §2901.12(H), Paul R. Vernier did conduct or attempt to conduct a transaction knowing that the property involved in the transaction was the proceeds of some form of unlawful activity with the purpose of committing or furthering the commission of corrupt activity, in violation of Ohio Revised Code §1315.55(A)(1), 1315.99(C), Money Laundering, a Felony of the Third Degree. This offense incorporates by reference specifications of forfeiture A-H, J-K.

## COUNT THIRTY-ONE - PAUL R. VERNIER

## MONEY LAUNDERING

On or about June 27, 2014, in County of Lawrence, State of Ohio or venue being properly placed there pursuant to §2901.12(H), Paul R. Vernier did conduct or attempt to conduct a transaction knowing that the property involved in the transaction was the proceeds of some form of unlawful activity with the purpose of committing or furthering the commission of corrupt activity, in violation of Ohio Revised Code §1315.55(A)(1), 1315.99(C), Money Laundering, a Felony of the Third Degree. This offense incorporates by reference specifications of forfeiture A-H, J-K.

## COUNT THIRTY-TWO - PAUL R. VERNIER

### MONEY LAUNDERING

On or about July 18, 2014, in County of Lawrence, State of Ohio or venue being properly placed there pursuant to §2901.12(H), Paul R. Vernier did conduct or attempt to conduct a transaction knowing that the property involved in the transaction was the proceeds of some form of unlawful activity with the purpose of committing or furthering the commission of corrupt activity, in violation of Ohio Revised Code §1315.55(A)(1), 1315.99(C), Money Laundering, a Felony of the Third Degree. This offense incorporates by reference specifications of forfeiture A-H, J-K.

## COUNT THIRTY-THREE - PAUL R. VERNIER

### MONEY LAUNDERING

On or about August 13, 2014, in County of Lawrence, State of Ohio or venue being properly placed there pursuant to §2901.12(H), Paul R. Vernier did conduct or attempt to conduct a transaction knowing that the property involved in the transaction was the proceeds of some form of unlawful activity with the purpose of committing or furthering the commission of corrupt activity, in violation of Ohio Revised Code §1315.55(A)(1), 1315.99(C), Money Laundering, a Felony of the Third Degree. This offense incorporates by reference specifications of forfeiture A-H, J-K.

## COUNT THIRTY-FOUR – PAUL R. VERNIER

### ENGAGING IN A PATTERN OF CORRUPT ACTIVITY

On or about March 24, 2014 to October 2, 2014, in County of Lawrence, State of Ohio or venue being properly placed there pursuant to §2901.12(H), aforesaid, unlawfully while employed by, or associated with, any enterprise did conduct or participate in, directly or indirectly, the affairs of the enterprise through a pattern of corrupt activity or the collection of an unlawful debt, to wit: participating in numerous instances of Aggravated Trafficking of Drugs, §2925.03(A)(2); Aggravated Theft §2913.02(A)(3); Money Laundering, R.C. §1355.55(A)(1),  in violation of §2923.32(A)(1), 2923.32(B)(1) of the Ohio Revised Code. The enterprise consisted of Community Counseling and Treatment Services, Inc.; Blessed Realty,

LLC, and the employees, agents and associates of said entities, in violation of §2923.32(A)(1), 2923.32(B)(1) of the Ohio Revised Code.

Furthermore, at least one of the incidents of corrupt activity was a felony of the first, second, or third degree, aggravated murder, or murder, or at least one of the incidents was a felony under the law of this state that was committed prior to July 1, 1996, and constituted a felony of the first, second, or third degree, aggravated murder, or murder or was committed on or after July 1, 1996, or one of the incidents of corrupt activity was a felony under the law of the United States or of another state that, if committed in this state on or after July 1, 1996, would have constituted a felony of the first, second, or third degree, aggravated murder, or murder under the law of this state, to wit: Aggravated Trafficking of Drugs, §2925.03(A)(2); Aggravated Theft §2913.02(A)(3); Money Laundering, R.C. §1355.55(A)(1). The pattern of corrupt activity includes Count One, and Counts Five through Count Thirty-two in this indictment, fully incorporated herein.   This is a Felony of the First Degree. This offense incorporates by reference specifications of forfeiture A-K.

## SPECIFICATIONS OF FORFEITURE

Specification of Forfeiture A

The Grand Jurors further find and specify that the $1,428,305.65 in US Currency, located in First & Peoples Bank and Trust Company Bank Account # XXXXX4467, belonging to Paul Vernier and/or CCTS is property which constitutes, or is derived directly or indirectly from the commission of a felony offense or acts contained herein or was used as an instrumentality in the commission of, or to facilitate the commission of a the felony offense and is subject to forfeiture.

Specification of Forfeiture B

The Grand Jurors further find and specify that the $28,198.43 in US Currency, located in First & Peoples Bank and Trust Company Bank Account XXXXX7305, belonging to Paul Vernier and/or CCTS is property which constitutes, or is derived directly or indirectly from the commission of a felony offense or acts contained herein or was used as an instrumentality in the commission of, or to facilitate the commission of a the felony offense and is subject to forfeiture.

Specification of Forfeiture C

The Grand Jurors further find and specify that the $106,440.70 in US Currency, located in First & Peoples Bank and Trust Company Bank Account XXXXX9763, belonging to Paul Vernier and/or CCTS is property which constitutes, or is derived directly or indirectly from the commission of a felony offense or acts contained herein or was used as an instrumentality in the commission of, or to facilitate the commission of a the felony offense and is subject to forfeiture.

Specification of Forfeiture D

The Grand Jurors further find and specify that the $40,899.72 in US Currency, located in First & Peoples Bank and Trust Company Bank Account XXXXX6864, belonging to Paul Vernier and/or CCTS is property which constitutes, or is derived directly or indirectly from the commission of a felony offense or acts contained herein or was used as an instrumentality in the commission of, or to facilitate the commission of a the felony offense and is subject to forfeiture.

Specification of Forfeiture E

The Grand Jurors further find and specify that the $85,525.43 in US Currency, located in PNC Bank Account XXXXX0788, belonging to Paul & Sherry Vernier is property which constitutes, or is derived directly or indirectly from the commission of a felony offense or acts contained herein or was used as an instrumentality in the commission of, or to facilitate the commission of a the felony offense and is subject to forfeiture.

Specification of Forfeiture F Investment account

The Grand Jurors further find and specify that the approximately $36,000 (at time of seizure) in US Currency, located in AXA Equitable Annuity investment account belonging to Paul Vernier and/or CCTS is property which constitutes, or is derived directly or indirectly from the commission of a felony offense or acts contained herein or was used as an instrumentality in the commission of, or to facilitate the commission of a the felony offense and is subject to forfeiture.

Specification of Forfeiture G

The Grand Jurors further find and specify that the real property identified as 4304-4312 Old Scioto Trail, Portsmouth, OH 45663 Parcel # 5-1003.002, # 5-0856.000, # 05-2335.000 & #05-0857.000, titled in the name of Blessed Realty, LLC is property which constitutes, or is derived directly or indirectly from the commission of a felony offense or acts contained herein or was used as an instrumentality in the commission of, or to facilitate the commission of a the felony offense and is subject to forfeiture.

Specification of Forfeiture H

The Grand Jurors further find and specify that the real property identified as 283 Oakwood Ridge Drive, West Portsmouth, Ohio 45663 Parcel #15-1941.000, titled in the name of Paul and Sherry Vernier, is property which constitutes, or is derived directly or indirectly from the commission of a felony offense or acts contained herein or was used as an instrumentality in the commission of, or to facilitate the commission of a the felony offense and is subject to forfeiture.

Specification of Forfeiture I

The Grand Jurors further find and specify that the real property identified as 268 Oakwood Ridge Drive, West Portsmouth, Ohio 45663 Parcel # 15-1951.000, titled in the name of Paul and Sherry Vernier is property which constitutes, or is derived directly or indirectly from the commission of a felony offense or acts contained herein or was used as an instrumentality in the commission of, or

to facilitate the commission of a the felony offense and is subject to forfeiture.

Specification of Forfeiture J

The Grand Jurors further find and specify that the real property identified as 1616, 1620 & 1624 Grant Street, Portsmouth, Ohio, and as parcel #s 31-1142.00, #31-0950.000, #31-0185.000 titled in the name of Blessed Realty, LLC is property which constitutes, or is derived directly or indirectly from the commission of a felony offense or acts contained herein or was used as an instrumentality in the commission of, or to facilitate the commission of a the felony offense and is subject to forfeiture.

Specification of Forfeiture K

The Grand Jurors further find and specify that the real property identified as 4282 State Route 93 in the Township of Upper, Lawrence County Owned Parcel #27-006-0900.000 titled in the name of Blessed Realty, LLC is property which constitutes, or is derived directly or indirectly from the commission of a felony offense or acts contained herein or was used as an instrumentality in the commission of, or to facilitate the commission of a the felony offense and is subject to forfeiture.

ALL WITHIN THIS COUNTY AND CONTRARY
TO THE PEACE AND DIGNITY OF THE STATE OF
OHIO

A TRUE BILL:

_____
FORE PERSON

DAVE YOST
OHIO ATTORNEY GENERAL

_____
CHRISTOPHER L. KINSLER #0074289
ASSISTANT ATTORNEY GENERAL

740-533-4387

IN THE COURT OF COMMON PLEAS
LAWRENCE COUNTY, OHIO

COMMON PLEAS COURT

2019 MAR 27  AM 9: 57

PATTERSON
CLERK OF COURTS
LAWRENCE COUNTY

STATE OF OHIO,
                    PLAINTIFF,

VS.

PAUL R. VERNIER
268 Oakwood Ridge Drive
West Portsmouth, Ohio 45663
DOB:  04/06/1962
                    DEFENDANT.

PROSECUTING ATTORNEY'S
REQUEST FOR ISSUANCE
OF **SUMMONS** UPON INDICTMENT
CASE NO. 19-CR-

## TO MICHAEL P. PATTERSON, CLERK:

PAUL R. VERNIER has been named defendant in an Indictment returned by the Grand Jury, charging one violation of Ohio Revised Code §2913.02(A)(3), 2913.02(B)(2), Aggravated Theft, F1; three violations of Ohio Revised Code §2913.40(B), 2913.40(E), Medicaid Fraud, F3; one violation of Ohio Revised Code §2925.03(A)(2), 2925.03(C)(2)(e),Trafficking in Drugs, F-2; thirteen violations of Ohio Revised Code §2925.03(A)(2), 2925.03(C)(2)(d), Trafficking in Drugs, F3; three violations of Ohio Revised Code §2925.03(A)(2), 2925.03(C)(2)(c), Trafficking in Drugs, a felony of the fourth degree; twelve violations of Ohio Revised Code §1315.55(A)(1), 1315.99(C), Money Laundering, F3, and one violation of Ohio Revised Code §2923.32(A)(1), 2923.32(B)(1), Engaging in a Pattern of Corrupt Activity, F1.

Issue summons to an appropriate officer and direct him to make personal service upon defendant at the address stated in the caption of this request.  The defendant is to appear for an arraignment hearing on the _____day of _____, 2019 at the Lawrence County Common Pleas Court at 8:30 AM.

DAVE YOST
OHIO ATTORNEY GENERAL

_____

CHRISTOPHER L. KINSLER #0074289
ASSISTANT ATTORNEY GENERAL