| | |
|---|---|
| **From:** | McCauley, Haley (USAKYE) |
| **To:** | Matthew A. Wisecup |
| **Subject:** | RE: State of Ohio vs. Paul R. Vernier (3-14:193.10), Lawrence County, Ohio, Common Pleas Case No. 19-CR-114 |
| **Date:** | Wednesday, January 22, 2020 10:46:00 AM |
| **Attachments:** | 9 - Vernier Second Amended Verified Complaint.pdf |

Mr. Wisecup,

I have reviewed your motion. We are always willing to consider resolving these sort of issues without having to go to the court. We would, however, need more information before we could adequately assess your request for a release of part of the seized or frozen funds. In particular, we would need to see some further justification for Mr. Vernier's claim that he lacks funds for his defense. It is my understanding that Mr. Vernier is still employed and that he has other assets that were not seized by the government. In addition, we would need to see any records or other evidence that you have to counter the arguments that the seized or frozen funds represent criminal proceeds of CCTS. For your reference, I have attached the civil complaint and affidavit for the forfeiture of these funds. Paragraphs 70-75 of the affidavit address the bases for forfeiture.

Please feel free to give me a call if you would like to discuss in more detail.

Thanks,
Haley

**Haley Trogdlen McCauley**

Assistant United States Attorney

Eastern District of Kentucky

260 West Vine Street, Suite 300

Lexington, Kentucky 40507

(859) 685-4831

haley.mccauley@usdoj.gov

**Limited Official Use**

**The information contained in this email message is legally privileged information intended only for the use of the individual or entity named above. If the receiver of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this email is strictly prohibited. If you have received this email in error, please immediately call me at (859) 685-4831 and delete the original email from your computer. Thank you.**

**From:** Matthew A. Wisecup <mattwisecup@mmlkadvantage.com>
**Sent:** Tuesday, January 14, 2020 10:32 AM
**To:** McCauley, Haley (USAKYE) <HMcCauley@usa.doj.gov>
**Subject:** Re: State of Ohio vs. Paul R. Vernier (3-14:193.10), Lawrence County, Ohio, Common Pleas Case No. 19-CR-114



GOVERNMENT EXHIBIT 3

Dear Ms. McCauley:

Christopher Kinsler with the Ohio Attorney General's Office provided me your contact information with regard to my client, Paul R. Vernier, who I understand is subject to a civil forfeiture action through your office. I have filed a motion in Mr. Vernier's criminal case in Ohio requesting the release of a portion of funds seized and being held as part of that forfeiture. I have attached an unsigned copy of the motion for your review. During our last status conference, the Judge in our case suggested that both sides attempt to reach a resolution to this matter prior to intervention of the Court, and Mr. Kinsler indicated you are a necessary party to that discussion. My hope is that you can assist in facilitating a resolution, and specifically, that you may consider agreeing to release a small portion of the seized funds as outlined in my motion.

I look forward to hearing back from you at your earliest opportunity, and I hope we are able to work together to reach an agreeable resolution so that Mr. Vernier can adequately defend himself at trial.

Sincerely,

Matt

Matthew A. Wisecup
*Attorney at Law*



402 Main Street
P.O. Box 280
Greenup, Kentucky 41101
Telephone: 606.473.7303
Fax: 606.473.9003
Email: mattwisecup@mmlkadvantage.com
Website: www.mcginnisleslie.com

**CONFIDENTIAL:** The information transmitted by this email is intended only for the use of the addressee(s) and may contain confidential and/or privileged information. Any interception, review, retransmission, dissemination or other use of or taking any action upon this information by persons or entities other than the intended recipient(s) is prohibited by law and may subject them to criminal or civil liability. If you have received this communication in error, please contact us immediately at (606) 473-7303 and delete the message from any computer or other storage system.