UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
ASHLAND

CIVIL ACTION NO. 0:14-cv-142-HRW

UNITED STATES OF AMERICA                                                         PLAINTIFF

V.                                              **ORDER**

REAL PROPERTIES LOCATED IN SCIOTO AND
LAWRENCE COUNTIES, OHIO, WITH ALL IMPROVEMENTS
AND APPURTENANCES THEREON, OWNED BY
PAUL R. VERNIER, SHERRY L. VERNIER, AND
BLESSED REALTY, LLC, ET AL.                                                      DEFENDANTS

\* \* \* \* \*

Claimant Paul R. Vernier, Jr., having moved, pursuant to 18 U.S.C. § 983(f), for the release of seized funds for use in his defense against charges brought by the State of Ohio, the United States having filed a response in opposition, and the Court being otherwise sufficiently advised, **IT IS HEREBY ORDERED**, that the motion is **DENIED**.