Eastern District of Kentucky
FILED

MAR 29 2023

AT COVINGTON
Robert R. Carr
CLERK U.S. DISTRICT COURT

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF KENTUCKY
## NORTHERN DIVISION
## ASHLAND

### CIVIL ACTION NO. 0:14-CV-142-DLB

**UNITED STATES OF AMERICA**                                        **PLAINTIFF**

**V.**            **FINAL FORFEITURE ORDER AND JUDGMENT**

**REAL PROPERTIES LOCATED IN SCIOTO AND
LAWRENCE COUNTIES, OHIO, WITH ALL IMPROVEMENTS
AND APPURTENANCES THEREON, OWNED BY
PAUL R. VERNIER, SHERRY L. VERNIER, AND
BLESSED REALTY, LLC, ET AL.**                             **DEFENDANTS**

\* \* \* \* \*

On September 23, 2014, the United States filed a Verified Complaint for

Forfeiture In Rem [DE 1] against the following real property:

A. Property known as:

  1. 4304 Old Scioto Trail, Portsmouth, Ohio, Parcel Number 05-0856.000;
  2. 4312 Old Scioto Trail, Portsmouth, Ohio, Parcel Number 05-2335.000;
  3. 0 Old Scioto Trail, Portsmouth, Ohio, Parcel Number 05-0857.000,

  Being all of the same property conveyed to Blessed Realty, LLC, a Domestic
  Limited Liability Company organized in the State of Ohio by Paul R. Vernier, by
  Warranty Deed dated January 23, 2014, of record in Scioto County, Ohio (the
  "Old Scioto Trail Real Properties");

B. Property known as commercial vacant land on Scioto Trail, Portsmouth, Ohio,
  Parcel Number 05-1003.002, being all of the same property conveyed to Blessed
  Realty, LLC, a Domestic Limited Liability Company organized in the State of
  Ohio by Paul R. Vernier, by Warranty Deed dated February 26, 2014, of record in
  Scioto County, Ohio (the "Vacant Land Scioto Trail Real Property");

C. Property known as 850 Brouses Run Road, Portsmouth, Ohio, Parcel Number 27-0962.00, being all of the same property conveyed to Paul R. Vernier III and Tiffany J. Vernier by Warranty Deed dated April 21, 2014, of record in Scioto County, Ohio (the "Brouses Run Road Real Property");

D. Property known as 268 Oakwood Ridge Drive, Portsmouth, Ohio, Parcel Number 15-1951.000, being all of the same property conveyed to Paul R. Vernier and Sherry L. Vernier by Warranty Deed dated April 28, 2014, of record in Scioto County, Ohio (the "268 Oakwood Ridge Drive Real Property");

E. Property known as:

   1. 1616 Grant Street, Portsmouth, Ohio, Parcel Number 31-1142.000;
   2. 1624 Grant Street, Portsmouth, Ohio, Parcel Number 31-0185.000;
   3. 1620 Grant Street, Portsmouth, Ohio, Parcel Number 31-0950.000,

   Being all of the same conveyed to Blessed Realty, LLC, a Domestic Limited Liability Company organized in the State of Ohio by Paul R. Vernier, by Warranty Deed dated June 3, 2014, of record in Scioto County, Ohio (the "Grant Street Real Properties");

F. Property known as 283 Oakwood Ridge Drive, Portsmouth, Ohio, Parcel Number 15-1941.000, being all of the same property conveyed to Paul R. Vernier and Sherry L. Vernier by Warranty Deed dated August 27, 2014, of record in Scioto County, Ohio (the "283 Oakwood Ridge Drive Real Property"); and

G. Property known as 4282 St. Rt. 93, Township of Upper, Lawrence County, Ohio, Parcel Number 27-006-0900.000, being all of the same property conveyed to Blessed Realty, LLC, a Domestic Limited Liability Company organized in the State of Ohio by Paul R. Vernier, by Warranty Deed dated August 22, 2014, of record in Lawrence County, Ohio (the "4282 St. Rt. 93 Real Property").

On October 3, 2014, the United States filed an Amended Verified Complaint for Forfeiture In Rem [DE 6], and on December 4, 2014, the United States was granted leave to file a Second Verified Amended Complaint for Forfeiture In Rem [DE 9], which together sought the forfeiture of and added as Defendants to the Action the following:

H. Property known as 4216 St. Rt. 93, Township of Upper, Lawrence County, Ohio, Parcel Number 27-006-0900.001, being all of the same property conveyed to Blessed Realty, LLC, a Domestic Limited Liability Company organized in the

2

State of Ohio by Paul R. Vernier, by Warranty Deed dated September 24, 2014, of record in Lawrence County, Ohio (the "4216 St. Rt. 93 Real Property");

I. $2,050,325.04 in U.S. Currency seized from First & Peoples Bank and Trust Co. account number ending xxx467 in the name of Community Counseling and Treatment Services, Inc. (the "467 Account Funds");

J. $28,198.43 in U.S. Currency seized from First & Peoples Bank and Trust Co. account number ending xxx305 in the name of Paul R. Vernier, Jr. (the "305 Account Funds");

K. $106,440.70 in U.S. Currency seized from First & Peoples Bank and Trust Co. account number ending xxx793 in the name of Paul R. Vernier, Jr., or Sherry L. Vernier (the "793 Account Funds");

L. $40,899.72 in U.S. Currency seized from First & Peoples Bank and Trust Co. account number ending xxx864 in the name of Blessed Realty LLC (the "864 Account Funds");

M. Funds held by AXA Equitable in annuity account number ending xxx259 in the name of Paul R. Vernier (the "AXA Equitable Account Funds");

N. $85,525.43 in U.S. Currency seized from PNC Bank account number ending xxx788 in the names of Paul R. Vernier Jr. and Sherry L. Vernier (the "788 PNC Account Funds"); and

O. $196,283.32 in U.S. Currency seized from Chase Bank account number ending xxx148 in the name of Ohio Valley Physicians (the "148 Account Funds").

The Second Amended Complaint alleges that the Defendant real properties and funds (a) represent proceeds of drug trafficking and/or were used to facilitate drug trafficking, and are, therefore, subject to forfeiture pursuant to 21 U.S.C. §§ 881(a)(6) and (a)(7); (b) represent proceeds of money laundering and/or were involved in money laundering offenses, and are, therefore, subject to forfeiture pursuant to 18 U.S.C. § 981(a)(1)(A) and (C); and/or (c) represent proceeds of health care fraud, and are, therefore, subject to forfeiture pursuant to 18 U.S.C. § 981(a)(1)(C). [DE 9 at 6.]

3

Process was fully issued in this action and returned according to law. As to the Defendant real properties, notices of the forfeiture complaint were posted thereon in October 2016, pursuant to 18 U.S.C. § 985(c)(1)(B) (*see* Process Receipt and Returns attached as Exhibit A to the forfeiture motion). As to the Defendant funds, the Clerk of Court issued the Warrant of Arrest in Rem [DE 15] on or about July 18, 2016, and it was executed as to the seized funds on or about July 20, 2016, and as to the funds seized-in-place at AXA Equitable on September 14, 2016, pursuant to Rule G(3)(b)-(c) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions [*see* Process Receipt and Returns, DE 16; Process Receipt and Return, DE 38]. The United States also served direct notice and a copy of the Second Amended Complaint upon the record owners of the Defendant real properties and named accountholders of the accounts from which the Defendant funds were seized. Timely claims were filed by Tiffany J. Vernier [DE 17], Community Counseling Treatment Services, Inc. ("CCTS") [DE 18], Paul R. Vernier [DE 19], Sherry L. Vernier [DE 20], Blessed Realty, LLC ("Blessed Realty") [DE 21], Paul R. Vernier, III [DE 22], Ohio Valley Physicians, Inc. [DE 33], Gary Doolin [DE 28], Sherry Doolin [DE 55], Fifth Third Mortgage Company ("Fifth Third") [DE 57], and U.S. Bank National Association ("US Bank") [DE 64]. No claims were filed by Michael M. Fraulini, Robert Hess, Stacy Shy, Stephen Shy, First & Peoples Bank and Trust Co., PNC Bank, Chase Bank, or AXA Equitable, and the Court entered a Default Judgment as to these parties on November 7, 2016 [DE 48].

The United States also posted notice of this forfeiture action on an official government forfeiture site for thirty (30) consecutive days in compliance with

4

Supplemental Rule G(4)(b)(iv)(C). (*See* Declaration of Publication attached as Exhibit B to forfeiture motion). Any other persons interested in the Defendant property were required to file their claims with the Clerk of the Court no later than sixty (60) days after the first day of publication on the official internet government forfeiture site. Supp. R. G(5)(a)(ii)(B). There were no claims to the Defendant property except for those identified above, all of which have now been settled or resolved as set forth below.

On August 10, 2018, an Agreed Order of Forfeiture [DE 83] was entered as to the 148 Account Funds. Pursuant to that Order, Steven and Stacy Shy affirmatively acknowledged that they had no individual claims to the funds, and Ohio Valley Physicians, Inc. withdrew its previously filed claim to the funds. [*Id.* at 1.] Thus, the 148 Account Funds were condemned and forfeited to the United States. [*Id.* at 1-2.]

On September 17, 2018, an Agreed Order of Dismissal [DE 87] was entered as to the 268 Oakwood Ridge Drive Real Property, which is described therein as the Real Property Known as 268 Oakwood Avenue, dismissing that property from this action pursuant to the agreement between the United States and Claimant Fifth Third. And on June 17, 2022, the United States and Claimants Gary and Sharon Doolin submitted a Joint Stipulation of Dismissal [DE 97-1], setting forth their agreement to the dismissal of the 4216 St. Rt. 93 Real Property from this action.

Finally, the United States and the remaining Claimants, Tiffany J. Vernier, CCTS, Paul R. Vernier, Sherry L. Vernier, Blessed Realty, and Paul R. Vernier, III, entered into a Settlement Agreement on or about February 28, 2023 [DE 103-1], whereby those Claimants agreed to the forfeiture of the Old Scioto Trail Real Properties, Vacant Land

5

Scioto Trail Real Property, Grant Street Real Properties, 4282 St. Rt. 93 Real Property,

467 Account Funds, 305 Account Funds, 793 Account Funds, and 864 Account Funds,

and the United States agreed not to pursue the forfeiture of and to release the 283

Oakwood Ridge Drive Real Property, Brouses Run Road Real Property, AXA Equitable

Account Funds, and 788 PNC Account Funds. As to the latter, the United States and

these Claimants have submitted a Joint Stipulation of Dismissal as Exhibit C to the

forfeiture motion, setting forth their agreement to the dismissal of these four assets.

NOW, THEREFORE, the United States having moved for entry of a final

forfeiture order and judgment, and the Court being otherwise sufficiently advised, IT IS

HEREBY ORDERED, ADJUDGED, AND DECREED as follows:

1.      Pursuant to the Agreed Order of Forfeiture as to the 148 Account Funds

and Settlement Agreement between the United States and Claimants Tiffany J. Vernier,

CCTS, Paul R. Vernier, Sherry L. Vernier, Blessed Realty, and Paul R. Vernier, III, the

following assets are forfeited to the United States and no right, title, or interest in the

property shall exist in any other party:

A. Property known as:

1. 4304 Old Scioto Trail, Portsmouth, Ohio, Parcel Number 05-0856.000;
2. 4312 Old Scioto Trail, Portsmouth, Ohio, Parcel Number 05-2335.000;
3. 0 Old Scioto Trail, Portsmouth, Ohio, Parcel Number 05-0857.000,

Being all of the same property conveyed to Blessed Realty, LLC, a Domestic Limited Liability Company organized in the State of Ohio by Paul R. Vernier, by Warranty Deed dated January 23, 2014, of record in Scioto County, Ohio;

B. Property known as commercial vacant land on Scioto Trail, Portsmouth, Ohio, Parcel Number 05-1003.002, being all of the same property conveyed to Blessed Realty, LLC, a Domestic Limited Liability Company organized in the State of

6

Ohio by Paul R. Vernier, by Warranty Deed dated February 26, 2014, of record in Scioto County, Ohio;

C.  Property known as:

1.  1616 Grant Street, Portsmouth, Ohio, Parcel Number 31-1142.000;
2.  1624 Grant Street, Portsmouth, Ohio, Parcel Number 31-0185.000;
3.  1620 Grant Street, Portsmouth, Ohio, Parcel Number 31-0950.000,

Being all of the same conveyed to Blessed Realty, LLC, a Domestic Limited Liability Company organized in the State of Ohio by Paul R. Vernier, by Warranty Deed dated June 3, 2014, of record in Scioto County, Ohio;

D.  Property known as 4282 St. Rt. 93, Township of Upper, Lawrence County, Ohio, Parcel Number 27-006-0900.000, being all of the same property conveyed to Blessed Realty, LLC, a Domestic Limited Liability Company organized in the State of Ohio by Paul R. Vernier, by Warranty Deed dated August 22, 2014, of record in Lawrence County, Ohio;

E.  $2,050,325.04 in U.S. Currency seized from First & Peoples Bank and Trust Co. account number ending xxx467 in the name of Community Counseling and Treatment Services, Inc.;

F.  $28,198.43 in U.S. Currency seized from First & Peoples Bank and Trust Co. account number ending xxx305 in the name of Paul R. Vernier, Jr.;

G.  $106,440.70 in U.S. Currency seized from First & Peoples Bank and Trust Co. account number ending xxx793 in the name of Paul R. Vernier, Jr., or Sherry L. Vernier;

H.  $40,899.72 in U.S. Currency seized from First & Peoples Bank and Trust Co. account number ending xxx864 in the name of Blessed Realty LLC; and

I.  $196,283.32 in U.S. Currency seized from Chase Bank account number ending xxx148 in the name of Ohio Valley Physicians.

2.  Pursuant to the Agreed Order of Dismissal as to the 268 Oakwood Ridge Drive Real Property, Joint Stipulation of Dismissal as to the 4216 St. Rt. 93 Real Property, Settlement Agreement between the United States and Claimants Tiffany J. Vernier, CCTS, Paul R. Vernier, Sherry L. Vernier, Blessed Realty, and Paul R. Vernier,

7

III, and Joint Stipulation of Dismissal attached as Exhibit C to the forfeiture motion, the

following property shall be dismissed from this action:

A. Property known as 850 Brouses Run Road, Portsmouth, Ohio, Parcel Number 27-0962.00, being all of the same property conveyed to Paul R. Vernier III and Tiffany J. Vernier by Warranty Deed dated April 21, 2014, of record in Scioto County, Ohio;

B. Property known as 268 Oakwood Ridge Drive, Portsmouth, Ohio, Parcel Number 15-1951.000, being all of the same property conveyed to Paul R. Vernier and Sherry L. Vernier by Warranty Deed dated April 28, 2014, of record in Scioto County, Ohio;

C. Property known as 283 Oakwood Ridge Drive, Portsmouth, Ohio, Parcel Number 15-1941.000, being all of the same property conveyed to Paul R. Vernier and Sherry L. Vernier by Warranty Deed dated August 27, 2014, of record in Scioto County, Ohio;

D. Property known as 4216 St. Rt. 93, Township of Upper, Lawrence County, Ohio, Parcel Number 27-006-0900.001, being all of the same property conveyed to Blessed Realty, LLC, a Domestic Limited Liability Company organized in the State of Ohio by Paul R. Vernier, by Warranty Deed dated September 24, 2014, of record in Lawrence County, Ohio;

E. Funds held by AXA Equitable in annuity account number ending xxx259 in the name of Paul R. Vernier; and

F. $85,525.43 in U.S. Currency seized from PNC Bank account number ending xxx788 in the names of Paul R. Vernier Jr. and Sherry L. Vernier.

3. The above-described forfeited property shall be disposed of in accordance with the law.

This 29th day of March, 2023.



Signed By:
*David L. Bunning*
United States District Judge

8